AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
| v. | Case No. 26-mj-104 (DJF) |
| ELIZABETH ROSE | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ELIZABETH ROSE
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information    _X_ Complaint

**Count 1**: On or about January 21, 2026, in the State and District of Minnesota, the defendant, **Elizabeth Rose** (YOB 1984), did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, namely, Special Agents of the United States Immigration and Customs Enforcement Homeland Security Investigations, who were engaged in, and on account of, the performance of official duties, all in violation of Title 18, Section 111(a).

Date: Jan. 30, 2026

*Issuing officer's signature*

City and State: Minneapolis, MN

Dulce J. Foster, United States Magistrate Judge
*Printed Name and Title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**
*(Not for Public Disclosure)*

Name of defendant/offender: <u>ELIZABETH ROSE</u>

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: <u>01/19/1984</u>

Social Security number: _____

Height: _____   Weight: _____

Sex: _____   Race: _____

Hair: _____   Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____