UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-104 (EMB)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **MOTION TO DISMISS** |
| ELIZABETH ROSE, | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Daniel Rosen, United States Attorney for the District of Minnesota, and Michael Hakes-Rodriguez, Special Assistant United States Attorney, hereby moves the Court for an order dismissing the Information against the above-named defendant without prejudice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, in the interests of justice.

Dated: February 28, 2026

Respectfully Submitted,

DANIEL ROSEN
United States Attorney

*s/ Michael Hakes-Rodriguez*
BY: Michael Hakes-Rodriguez
Special Assistant U.S. Attorney